UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE GOFFNEY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　　　Respondent. | Case No. 5:13-CV-289-BRO (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

　　　　Petitioner attempts to raise new and withdrawn claims in his Objections. This Court declines to consider these belatedly-asserted allegations. A district court has discretion, but is not required, to consider evidence or claims presented for the first time in objections to a report and recommendation.[1] Although Petitioner is pro se, he nevertheless had the opportunity to include these allegation at an earlier time, but failed to do so. Moreover, Petitioner's claims are

---

[1] See Brown v. Roe, 279 F.3d 742, 744-45 (9th Cir. 2002).

not novel claims in an unsettled area of federal law.[2]  With respect to Petitioner's claim that the prosecutor presented an improper legal theory, Petitioner earlier withdrew this claim from his Petition because it is unexhausted.  (CM/ECF No. 19.)  As an unexhausted claim, it cannot serve as a basis for habeas relief.[3]

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.[4]  Thus, the Court declines to issue a certificate of appealability.

**IT IS HEREBY ORDERED**

Dated: January 14, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

---

[2] See Sossa v. Diaz, 729 F.3d 1225, 1231 (9th Cir. 2013).
[3] See 28 U.S.C. § 2254(b)(1)(A) (a federal court will not grant habeas relief to a petitioner held in state custody unless he has exhausted the available state judicial remedies).
[4] See 28 U.S.C. § 2253; Fed. R. App. P. 22(b); Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S. Ct. 1029, 154 L. Ed. 2d 931 (2003).