# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE GOFFNEY,<br><br>               Petitioner,<br><br>         v.<br><br>RANDY GROUNDS, Warden,<br><br>               Respondent. | Case No. 5:13-CV-289-BRO (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

**IT IS HEREBY ORDERED**

Dated: January 14, 2016                                                                       

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE